IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KENNETH MARSHALL,            )
an individual,               )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:13cv398-MHT
                             )         (WO)
L.C. PROPERTIES, LLC,        )
                             )
     Defendant.              )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 12), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed, except that the court retains jurisdiction for the purpose of enforcing the settlement agreement between the parties.

It is further ORDERED that the parties are to bear their own attorneys' fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 26th day of November, 2013.**

                         **/s/ Myron H. Thompson**
                         **UNITED STATES DISTRICT JUDGE**